## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 23-52955 | | | Trustee Name: | Brent A. Stubbins |
|---|---|---|---|---|---|
| Case Name: | PETHTEL, Sr., TERRY L. AND PETHTEL, REBECCA J. | | | Date Filed (f) or Converted (c): | 08/28/2023 (f) |
| For the Period Ending: | 09/30/2023 | | | §341(a) Meeting Date: | 10/03/2023 |
| | | | | Claims Bar Date: | 01/10/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 69478 Starlight Drive Bridgeport, OH - 43912-0000 Belmont County | $60,000.00 | $0.00 | | $0.00 | FA |
| 2 | 714 Euclid Avenue Martins Ferry, OH - 43935-0000 Belmont County Debtor and her sister have a 1/2 interest in this real estate after their mother's life estate. Value: 26,270.00. The mother's life estate is $6,012.41. Debtor has a 1/2 interest in remaining $20,257.59 | $10,128.79 | $8,653.79 | | $0.00 | $10,128.79 |
| Asset Notes: | Getting Offer | | | | | |
| 3 | Make: Ford Model: F-150 Year: 2010 Mileage: 181082 Other Information: Location: 69478 Starlight Drive, Bridgeport OH 43912 | $6,699.00 | $774.00 | | $0.00 | FA |
| 4 | Make: Buick Model: Lucerne Year: 2008 Mileage: 111,000 Other Information: Location: 69478 Starlight Drive, Bridgeport OH 43912 | $3,901.00 | $0.00 | | $0.00 | FA |
| 5 | Household Goods and Furnishings | $475.00 | $0.00 | | $0.00 | FA |
| 6 | Electronics | $110.00 | $0.00 | | $0.00 | FA |
| 7 | One (1) Shotgun | $150.00 | $0.00 | | $0.00 | FA |
| 8 | Wearing Apparel | $400.00 | $0.00 | | $0.00 | FA |
| 9 | Jewelry | $150.00 | $0.00 | | $0.00 | FA |
| 10 | Checking Unified Bank | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Checking Unified Bank | $6.00 | $0.00 | | $0.00 | FA |
| 12 | Savings Unified Bank | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**             **Gross Value of Remaining Asset**

| | $82,019.79 | $9,427.79 | | $0.00 | $10,128.79 |
|---|---|---|---|---|---|

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 23-52955 | | | Trustee Name: | Brent A. Stubbins |
|---|---|---|---|---|---|
| Case Name: | PETHTEL, Sr., TERRY L. AND PETHTEL, REBECCA J. | | | Date Filed (f) or Converted (c): | 08/28/2023 (f) |
| For the Period Ending: | 09/30/2023 | | | §341(a) Meeting Date: | 10/03/2023 |
| | | | | Claims Bar Date: | 01/10/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   08/30/2024              Current Projected Date Of Final Report (TFR):   09/05/2024        /s/ BRENT A. STUBBINS

                                                                                                                                              BRENT A. STUBBINS